

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00552-CV

———————————————————

IN THE MATTER OF THE MARRIAGE OF CURTIS LILLY AND KIMBERLY
THOMPSON LILLY

---

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-739562-23

---

Before Birdwell, Bassel, and Womack, JJ.
Memorandum Opinion by Justice Birdwell

**MEMORANDUM OPINION**

Appellant Curtis Lilly attempts to appeal the denial of his motion to recuse the trial judge. Acting Presiding Judge of the Eighth Administrative Judicial Region of Texas, Judge David Evans, summarily denied Appellant's motion without a hearing. Appellant then filed "Petitioner's Notice of Accelerated Appeal."

Generally, appeals may be taken only from final judgments or from interlocutory orders authorized by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001). An order denying a motion to recuse is not an appealable interlocutory order. *Hawkins v. Walker*, 233 S.W.3d 380, 401 (Tex. App.—Fort Worth 2007, no pet.); *see also* Tex. R. Civ. P. 18a(j)(1)(A) ("An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment.").

On December 9, 2024, we notified Appellant of our concern that we lacked jurisdiction over this appeal because the "Order Summarily Denying Motion to Recuse" did not appear to be a final judgment or an appealable interlocutory order. *See* Tex. R. Civ. P. 18a(j)(1)(A); *Lehmann*, 39 S.W.3d at 195, 200; *Hawkins*, 233 S.W.3d at 401. We informed Appellant that unless he or any party filed, within ten days, a response showing grounds for continuing the appeal, we could dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We have not received a response.

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Lehmann*, 39 S.W.3d at 195, 200.

/s/ Wade Birdwell

Wade Birdwell
Justice

Delivered:  January 16, 2025